7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ***In Re:***  Charlotte Lashea Wilson and John Newton Wilson<br>***Debtor*** | ***Bankruptcy Case No.***<br>15−60508−abf7 |
| **Fred Charles Moon**<br>    Plaintiff(s) | ***Adversary Case No.***<br>16−06018−abf |
| v. | |
| **J. Mike Wilson**<br>**Tina M. Wilson**<br>    Defendant(s) | |

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment by Default is hereby entered in favor of the Plaintiff, Fred Charles Moon, Chapter 7 Trustee, and against the Defendants, J. Mike Wilson and Tina M. Wilson on the Trustee's Complaint to Set Aside Preferential Transfer Pursuant To 11 U.S.C. Section 547.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 6/15/16

Court to serve